UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LARON M. PRESTLEY,<br>a/k/a Laron Priestley<br><br>    Defendant. | No. CR-02-0017-JSW<br><br>[PROPOSED] ORDER MODIFYING SUPERVISED RELEASE CONDITIONS |

On October 27, 2011, defendant Laron Prestley admitted to the violation of his supervised release conditions that was contained in a Form 12 petition filed on July 27, 2011.

On December 8, 2011, defendant appeared with counsel (Kevin Bringuel) for sentencing on that violation. Assistant United States Attorney Peter B. Axelrod appeared on behalf of the United States and Probation Officer Octavio E. Magana appeared on behalf of the Probation Office.

Based on the defendant's admission, the submissions of the parties, including the probation officer, and good cause appearing, the Court hereby ORDERS defendant's conditions of supervised release modified as follows: all current conditions of supervised

ORDER RE: SUPERVISED RELEASE
[CR-02-0017 JSW]         1

release shall remain in effect, except that special condition #3 is amended to state: Defendant shall reside at the Residential Reentry Center (RRC) for a period of up to six months and abide by all of the RRC's rules.

The Court further directs defendant's Probation Officer to work with the RRC's management to address whether defendant is required to make a subsistence payment and, if so, how much, in light of defendant's current circumstances.

The Court further orders defendant to report to the RRC no later than 5:00 p.m. on Monday, December 12, 2011.

IT IS SO ORDERED.

DATED: December 9, 2011

JEFFREY S. WHITE
United States District Judge